Pam Estes                                         September 23, 2015
Clerk of the Twelfth Court of Appeals
1517 West Front Street, Ste 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 28 2015

TYLER TEXAS
PAM ESTES, CLERK

RE:     Case Number:  12-15-00009-CR

        Trial Court Case Number: 114-1053-14

Dear Madam;

On September 11, 2015, my appeal attorney notified me that an Anders brief was filed on my behalf as outlined in Anders v. California and further advised me of my right to file a pro se brief or response to the Anders brief. By this letter, I am giving you notice that I wish to file a pro se brief or response.

I also request an extension of time in which to file my brief or response since I have not had access to my appellate record or to a law library. Enclosed please find my first motion for extension of time. Please file and bring to the attention of the court, and also appellant's motion to obtain records.

Thank you for your consideration.

Respectfully,

Joe L Pittman

Joe Pittman, Pro Se
TDCJ# 01977406
Bartlett State Jail
1818 Arnold Drive
Bartlett, Texas 76511

Appeal No 12-15-00009-CR

IN THE

Twelfth Court of Appeals

at Tyler, Texas


Joe Pittman
Appellant

v

The State of Texas
Appellee


Appeal of Cause Number 114-1053-14 from the
114th Judicial District Court of Smith County


First motion for Extension of Time to File
Appellant's Pro Se Brief or Response to Ander's Brief


To the Honorable Justices of the Court of Appeals:


Comes now Joe Pittman, Appellant Pro Se, and respectfully moves the Court to extend the deadline for filing his brief (or response) by ninety days. In support, Appellant would show the following:

## I.

On January 9, 2015 the jury found Appellant guilty of Aggravated Assault with a Deadly Weapon. The jury assessed punishment at 15 years imprisonment in the Texas Department of Criminal Justice.

## II.

On September 16, 2015, the Appellant received notice by mail that his appeal attorney filed an Anders brief on his behalf and notice that Appellant had a right to file a pro se brief or response to the Anders brief.

## III.

As of today, the appellate record has not been made available to Appellant. The deadline for filing Appellant's brief or response is October 12, 2015.

## IV.

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reasons: limited access to law library to a few hours a day, limited legal knowledge thereby slowing down my research, I have not received my court record.

## V.

For the reasons stated above, Appellant respectfully request an additional ninety days to complete the pro se brief or response in support of Appellant's appeal.

## VI.

Appellant prays that the Court grant this motion and extend the time to file Appellant's pro se brief or response by ninety days, extending the deadline to December 14, 2015.

Respectfully submitted,

_Joe J. Pittman_

Joe Pittman, Pro Se
TDCJ # 01977406
Bartlett State Jail
1018 Arnold Drive
Bartlett, Texas 76511

## Certificate of Service

I hereby ceretify that on September 23, 2015, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the attorney for the State by U.S. First Class mail to Mr. Michael J. West at Forth Floor, Courthouse, 100 North Broadway, Tyler, TX 75702.

_Joe L. Pittman_
Joe L. Pittman, TDCJ#1977406
Appellant, ProSe

I, Joe L. Pittman, TDCJ#1977406, being presently incarcerated in the Bartlett State Jail Unit of the Texas Department of Criminal Justice-Institutional Division in Williamson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 23 day of September, 2015.

_Joe L. Pittman_
Joe Pittman, TDCJ#1977406
Appellant, ProSe
Bartlett State Jail
1018 Arnold Drive
Bartlett, TX 76511